FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 06 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.   4:13CR00 0065 KGB |
| | ) | |
| PALMER TYSON STUBBLEFIELD | ) | 18 U.S.C. § 1029(a)(3) |
| | ) | 18 U.S.C. §§ 1708 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about October 29, 2012, in the Eastern District of Arkansas,

PALMER TYSON STUBBLEFIELD

knowingly and with intent to defraud possessed unauthorized access devices, to wit: stolen personal identification numbers and other means of account access that was used, alone and in conjunction with another access device, to obtain money, goods, services, and said possession affected interstate commerce.

All in violation of Title 18 U.S.C. §§ 1029(a)(3),(e)(1),(e)(3) and (c)(1)(B).

### COUNT 2

On or about October 29, 2012, in the Eastern District of Arkansas,

PALMER TYSON STUBBLEFIELD

unlawfully had in his possession, mail belonging to other individuals which had been stolen from mailboxes, knowing at the time that said mail was stolen, to wit:

| From | To | Mail Item |
|---|---|---|
| First Security Bank | Jonesboro, AR | Statement |
| Bank of America | Jonesboro, AR | Check |
| Vilonia Waterworks Assoc. | Jonesboro, AR | Statement |
| Citi | Mount Vernon, AR | Thank you letter |
| Citi | Mount Vernon, AR | Welcome letter |
| Chase Freedom | Mount Vernon, AR | Promotional Checks |
| Capital One | Lake City, AR | Credit Card Activation |
| Dish | Bryant, AR | Check |
| Citi | Bono, AR | Credit Card Activation |

All in violation of Title 18, United States Code, Section 1708.

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)