UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:13CR00065-01 KGB |
| | ) | |
| | ) | |
| PALMER TYSON STUBBLEFIELD | ) | DEFENDANT |

**MOTION TO REMOVE CONDITION**

Comes the defendant, Palmer Stubblefield, by and through undersigned counsel, and for this Motion to Remove Condition hereby states:

1. On April 2, 2014, Mr. Stubblefield was sentenced to 30 months imprisonment and three years of supervision. As a condition of his supervision, he was ordered to serve the first 30 days in residential treatment, to be followed by 6 months of chemical-free living.

2. Mr. Stubblefield is currently at the halfway house, and is scheduled to be released on December 18, 2015.

3. He has obtained full-time employment with Prospect Steel Company, where he has worked for three months as a welder. If Mr. Stubblefield is required to report for residential treatment, he will lose this employment.

4. Defense counsel has discussed this matter with the attorney for the government, AUSA Edward Walker, and Mr. Stubblefield's current USPO, Drew Cannatella.

5. Mr. Cannatella confirms this employment, and states that Mr. Stubblefield is doing very well. He is not opposed to the removal of the residential treatment requirement. Further, USPO Cannatella states that he believes outpatient treatment for Mr. Stubblefield would be beneficial, and is not opposed to Mr. Stubblefield receiving outpatient treatment as opposed to chemical-free treatment.

6. AUSA Walker concurs with Mr. Cantanella's assessment, and is not opposed to this request so long as Mr. Stubblefield receives drug treatment counseling.

7. Defense counsel therefore requests removal of the residential treatment requirement, and also requests that Mr. Stubblefield be required to participate in either chemical-free treatment or outpatient treatment, at the discretion of the United States Probation Office.

8. If Mr. Stubblefield is allowed to attend outpatient treatment rather than chemical-free treatment, he will reside in a one-bedroom apartment at Briarwood Apartments, 801 S. Rodney Parham Road in Little Rock.

WHEREFORE, defense counsel prays that this Motion be granted, and for all other just and appropriate relief.

                        Respectfully submitted,

                        JENNIFER HORAN
                        FEDERAL DEFENDER

By:   /s/ Lisa G. Peters
       Lisa G. Peters, Bar No. 89-099
       Assistant Federal Defender
       1401 W. Capitol Ave., suite 490
       Little Rock, AR 72201
       Phone: (501) 324-6113
       Email: Lisa_Peters@fd.org

For:   Palmer Tyson Stubblefield, Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2015, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Edward O. Walker
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
Email: edward.o.walker@usdoj.gov

                        /s/ Lisa G. Peters
                        Lisa G. Peters