
PROB 12C
ED/AR (12/2012)

# United States District Court

for the

Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 30 2017

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Palmer Tyson Stubblefield | Case Number: | 4:13CR00065-001 |

Name of Sentencing Judicial Officer:   Honorable Kristine G. Baker
United States District Judge

Original Offense:   Access Device Fraud

Date of Sentence:   March 18, 2014

Original Sentence:   30 months Bureau of Prisons to run consecutively with term of imprisonment in 4:07CR00083-001 KGB followed by 3 years supervised release

| | | | |
|---|---|---|---|
| Type of Supervision: | Term Of Supervised Release | Date Supervision Commenced: | December 16, 2015 |
| | | Date Supervision Expires: | December 15, 2018 |
| U. S. Probation Officer:  K. Kyle Estes | Asst. U.S. Attorney:  Edward Walker | Defense Attorney: | To be appointed |

---

### PETITIONING THE COURT

☐   To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒   To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | **The defendant shall not commit another federal, state, or local crime.** On April 27, 2017, Mr. Stubblefield violated this condition of supervised release as evidenced by his arrest for Ct. 1: Posses Controlled Substance Schedule I, II Meth Cocaine => 2 g < 10g; Ct. 2: Posses Controlled Substance Schedule I, II Meth < 2g; Ct. 3: Possess Drug Paraphernalia Meth Cocaine; Ct. 4: Speeding; and Ct. 5: Driving on Cancelled License, as documented by the Greene County, Arkansas, Sheriff's Department's incident report no. 17-00421. The case is pending in Case No. 28CR-17-413 in Greene County, Arkansas, Circuit Court. Mr. Stubblefield is currently released on state bond. |
| | | On July 28, 2017, Mr. Stubblefield violated this condition of supervised release as evidenced by his arrest for Ct. 1: Forgery; Ct. 2: Forgery; Ct. 3: Forgery; Ct. 4: Forgery, as evidenced by his arrest by the Little Rock, Arkansas, Police Department's incident report no. 2017-034133. The case is pending in Case No. |

| | | |
|---|---|---|
| Prob 12C | - 2 - | Petition for Warrant or Summons For Offender Under Supervision |

Name of Offender: Palmer Tyson Stubblefield　　　　　　　　　Case Number: 4:13CR00065-001

LRCR-17-3432 in Little Rock, Arkansas, District Court. Mr. Stubblefield is currently release on state bond.

| | | |
|---|---|---|
| 2 | Mandatory | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |
| 3 | Standard (7) | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** |

On August 9, 2016, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine.

On September 15, 2016, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine.

On October 6, 2016, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine.

On April 26, 2017, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine.

On May 23, 2017, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine.

On June 7, 2017, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine.

On June 16, 2017, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine.

On June 21, 2017, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine and cocaine.

On July 7, 2017, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine.

On July 19, 2017, Mr. Stubblefield submitted a urine specimen which tested and confirmed positive for the use of methamphetamine.

Prob 12C                                           - 3 -                        Petition for Warrant or Summons
                                                                                For Offender Under Supervision

Name of Offender:  Palmer Tyson Stubblefield                    Case Number:  4:13CR00065-001

| | | |
|---|---|---|
| 3 | Standard (2) | **The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.**<br>Mr. Stubblefield violated this condition of supervised release by failing to submit monthly supervision reports for the months of November and December 2016; January and February 2017. |
| 4 | Standard (5) | **The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**<br>Mr. Stubblefield violated this condition of supervised release by failing to maintain employment during the months of March, April, May, June, July, November, and December 2016; March, April, and May 2017. |
| 6 | Special | **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. He shall abstain from the use of alcohol throughout the course of any treatment.**<br>Mr. Stubblefield violated this condition of supervised release by failing to report for drug testing on February 26, September 14, 2016; May 4, 17, 23, and August 14, 2017. |

I declare under penalty of perjury that the foregoing is true and correct.

K. Kyle Estes
U.S. Probation Officer

Executed on    August 24, 2017

Approved by:

Supervising U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

Edward Walker
Assistant U.S. Attorney

Executed on    AUGUST 29, 2017